NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number   2020-CA-0841

ABS Services, Inc.

- - Versus - -

James Construction Group, L.L.C., and the Continental
Insurance Company

19th Judicial District Court
Case #: 541834
East Baton Rouge Parish

Consolidated with the following:

2020 - CA - 0842
Louisiana Department of Transporation and Development
versus
Professional Services Industries, Inc.

On Application for Rehearing filed on 08/03/2021 by ABS Services, Inc.

Rehearing                    **DENIED**

_____
J. Michael McDonald

_____
Guy Holdridge

_____
Allison H. Penzato

Date   OCT 1 2 2021

_____
Rodd Naquin, Clerk